| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT DISTRICT OF NEW JERSEY **Caption in Compliance with D.N.J.LBR 9004-1** **STEWART LEGAL GROUP, P.L**. *Formed in the State of Florida* Gavin N. Stewart, Esq. *Of Counsel to Bonial & Associates, P.C.* 401 East Jackson Street, Suite 2340 Tampa, FL 33602 Tel: 813-371-1231/Fax: 813-371-1232 E-mail: gavin@stewartlegalgroup.com *Attorney for Creditor* | Order Filed on June 16, 2020 by Clerk U.S. Bankruptcy Court District of New Jersey |
| In re: Saniye F. Muftuoglu, Debtor. | Chapter 7 Case No. 20-10833-CMG Hearing Date: June 16, 2020 Judge Christine M. Gravelle |

### ORDER VACATING AUTOMATIC STAY

The relief set forth on the following page is hereby **ORDERED**.

**DATED: June 16, 2020**

Honorable Christine M. Gravelle
United States Bankruptcy Judge

Upon the motion of Specialized Loan Servicing LLC as servicing agent for MEB LOAN TRUST IV ("movant") under Bankruptcy Code section 362(d) for relief from the automatic stay as to certain property as hereinafter set forth, and for cause shown, it is

ORDERED that the automatic stay is vacated to permit the movant to institute or resume and prosecute to conclusion one or more actions in the court(s) of appropriate jurisdiction to pursue the movant's rights in the following:

Real property:

**295 Gemini Dr., Unit 3B, Hillsborough Township, New Jersey, 08844**

It is further ORDERED that the movant, its successors or assignees, may proceed with its rights and remedies under the terms of the subject mortgage and pursue its state court remedies including, but not limited to, taking the property to sheriff's sale, in addition to potentially pursuing other loss mitigation alternatives, including, but not limited to, a loan modification, short sale or deed-in-lieu foreclosure. Additionally, any purchaser of the property at sheriff's sale (or purchaser's assignee) may take any legal action for enforcement of its right to possession of the property.

It is further ORDERED that the movant may join the debtor and any trustee appointed in this case as defendants in its action(s) irrespective of any conversion to any other chapter of the Bankruptcy Code.

The movant shall serve this order on the debtor, any trustee and any other party who entered an appearance on the motion.

United States Bankruptcy Court
District of New Jersey

In re:                                                               Case No. 20-10833-CMG
Saniye F. Muftuoglu                                                  Chapter 7
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0312-3        User: admin              Page 1 of 1           Date Rcvd: Jun 16, 2020
                            Form ID: pdf903          Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jun 18, 2020.
db             +Saniye F. Muftuoglu,    295 Gemini Dr. Unit 3B,    Hillsborough, NJ 08844-4976

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                                TOTAL: 0

       ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 18, 2020                              Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on June 16, 2020 at the address(es) listed below:
      Andrea Dobin    ecftrusteead@msbnj.com, NJ55@ecfcbis.com
      Andrea Dobin    on behalf of Trustee Andrea Dobin ecftrusteead@msbnj.com, NJ55@ecfcbis.com
      Denise E. Carlon    on behalf of Creditor   SPECIALIZED LOAN SERVICING LLC dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com
      Gavin Stewart    on behalf of Creditor   Specialized Loan Servicing LLC as servicing agent for MEB LOAN TRUST IV bk@stewartlegalgroup.com
      Hubert C. Cutolo    on behalf of Creditor   The Meadows Condominium Association, Inc. hcutolo@cutolobarros.com, ecourts@cutolobarros.com
      Michael McLaughlin    on behalf of Debtor Saniye F. Muftuoglu mmclaughlin@mmcllaw.com
      U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov
                                                                                  TOTAL: 7