### UNITED STATES BANKRUPTCY COURT
### DISTRICT OF NEW JERSEY

In Re:  Muftuoglu, Saniye F.

Case No.:   20-10833-CMG

Chapter:   7

Judge:   Christine M. Gravelle

---

## NOTICE OF PROPOSED ABANDONMENT

---

 Andrea Dobin,                    Chapter 7 Trustee        in this case proposes to abandon property of the estate described below as being of inconsequential value.  If you object to the abandonment, you must file a written objection with the Clerk of the United States Bankruptcy Court and serve it on the party named below not later than 7 days before the hearing date.

Address of the Clerk:

> Clerk of the U.S. Bankruptcy Court
> U.S. Courthouse, 1st floor
> 402 E. State Street
> Trenton, NJ 08608

If an objection is filed, a hearing will be held before the Honorable Christine M. Gravelle on December 1, 2020 at 10:00 a.m. at the United States Bankruptcy Court, Courtroom no  3 . (Hearing date must be at least 28 days from the date of this notice). If no objection is filed, the  abandonment shall take effect on entry by the clerk of a Certification of No Objection.

Description and value of property:

> Real estate located at:
> 295 Gemini Dr., Unit 3B
> Hillsborough, NJ
>
> Valued at: $240,000.00

Liens on property:

> SLS
> $224,383.53
> SLS (HELOC)
> $49,172.85

Amount of equity claimed as exempt:

> $0.00

 Objections must be served on, and requests for additional information directed to:

Name:   Andrea Dobin, Trustee

Address:   McManimon, Scotland & Baumann, LLC 427 Riverview Plaza, Trenton, NJ 08611

Telephone No.: 609.695.6070 or 973.243.8600

*rev.8/1/15*

United States Bankruptcy Court

District of New Jersey

In re:

Saniye F. Muftuoglu

    Debtor(s)

Case No. 20-10833-CMG

Chapter 7

# CERTIFICATE OF NOTICE

| District/off: 0312-3 | User: admin | Page 1 of 2 |
|---|---|---|
| Date Rcvd: Oct 26, 2020 | Form ID: pdf905 | Total Noticed: 30 |

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ++ | Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.P.2002(g)(4). |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Oct 28, 2020:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Saniye F. Muftuoglu, 295 Gemini Dr. Unit 3B, Hillsborough, NJ 08844-4976 |
| aty | + | McManimon, Scotland & Baumann, LLC, 427 Riverview Plaza, Trenton, NJ 08611-3420 |
| cr | + | Specialized Loan Servicing LLC as servicing agent, P.O. Box 340514, Tampa, FL 33694-0514 |
| cr | + | The Meadows Condominium Association, Inc., Cutolo Barros LLC, 46-50 Throckmorton Street, Freehold, NJ 07728-1973 |
| 518667196 | ++ | BANK OF AMERICA, PO BOX 982238, EL PASO TX 79998-2238 address filed with court:, Bank of America, PO Box 982234, El Paso, TX 79998-2234 |
| 518667205 | ++ | DSNB MACY S, CITIBANK, 1000 TECHNOLOGY DRIVE MS 777, O FALLON MO 63368-2222 address filed with court:, Macy's, PO Box 8053, Bankruptcy Processing, Mason, OH 45040 |
| 518667199 | + | Deha Peker, 16 Manor Drive, Hillsborough, NJ 08844-1420 |
| 518667200 | | First National Bank of Omaha, PO Box 2557, Omaha, NE 68103-2557 |
| 518667201 | | IC System, PO Box 64437, Saint Paul, MN 55164-0437 |
| 518667204 | + | Lyons, Doughty & Veldhuis, 136 Gaither Dr, Suite 100, PO Box 1269, Mount Laurel, NJ 08054-7269 |
| 518762477 | ++ | PERI GARITE, ATTN CARD WORKS, 101 CROSSWAYS PARK DR W, WOODBURY NY 11797-2020 address filed with court:, First National Bank of Omaha, 1620 Dodge St Stop Code 3129, Omaha, NE 68197 |
| 518667206 | + | Regional Cancer Care Associates, PO Box 849, Morris Plains, NJ 07950-0849 |
| 518667208 | + | Robert Wood Johnson Univ. Hospital, PO Box 903, Oceanport, NJ 07757-0903 |
| 518667209 | + | Rubin & Rothman, LLC., 1787 Veterans Highway, Suite 32, P.O. Box 9003, Islandia, NY 11749-9003 |
| 518667210 | | Rutgers Health, PO Box 829650, Philadelphia, PA 19182-9650 |
| 518667211 | | Specialized Loan Servicing, PO Box 636005, Littleton, CO 80163-6005 |
| 518667212 | | State of New Jersey, Division of Taxation, CN-249, Trenton, NJ 08625 |
| 518667213 | + | The Meadows Condominium Assoc., c/o Access Property Management, 4 Walter E.Foran Blvd., Flemington, NJ 08822-4664 |
| 518738763 | + | The Meadows Condominium Association, Inc., c/o Cutolo Barros LLC, 46-50 Throckmorton Street, Freehold, NJ 07728-1973 |
| 518667214 | | University Radiology, PO Box 1075, East Brunswick, NJ 08816-1075 |
| 518667215 | | Wells Fargo Home Mortgage, PO Box 10335, Des Moines, IA 50306-0335 |

TOTAL: 21

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**

Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: usanj.njbankr@usdoj.gov | Oct 26 2020 20:52:00 | U.S. Attorney, 970 Broad St., Room 502, Rodino Federal Bldg., Newark, NJ 07102-2534 |
| smg | + | Email/Text: ustpregion03.ne.ecf@usdoj.gov | Oct 26 2020 20:52:00 | United States Trustee, Office of the United States Trustee, 1085 Raymond Blvd., One Newark Center, Suite 2100, Newark, NJ 07102-5235 |
| 518667195 | | Email/Text: ebn@americollect.com | Oct 26 2020 20:52:00 | Americollect, Inc., 1851 S. Alverno Rd., Manitowoc, WI 54221-1566 |
| 518667198 | | Email/PDF: AIS.cocard.ebn@americaninfosource.com | Oct 26 2020 22:48:52 | Capital One Bank (USA), N.A., PO Box 6492, Carol Stream, IL 60197-6492 |
| 518757806 | + | Email/PDF: EBN_AIS@AMERICANINFOSOURCE.COM | Oct 26 2020 22:49:01 | Capital One Bank (USA), N.A., 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 518841478 | | Email/Text: bnc-quantum@quantum3group.com | Oct 26 2020 20:52:00 | Department Stores National Bank, c/o Quantum3 Group LLC, PO Box 657, Kirkland, WA 98083-0657 |

District/off: 0312-3 | User: admin | Page 2 of 2
--- | --- | ---
Date Rcvd: Oct 26, 2020 | Form ID: pdf905 | Total Noticed: 30

| | | | |
|---|---|---|---|
| 518667202 | Email/Text: sbse.cio.bnc.mail@irs.gov | Oct 26 2020 20:51:00 | Internal Revenue Service, Centralized Insolvency Operations, PO Box 7346, Philadelphia, PA 19101-7346 |
| 518667207 | + Email/Text: rwjebn@rwjbh.org | Oct 26 2020 20:53:00 | Robert Wood Johnson Univ. Hospital, 379 Campus Dr., 2nd Fl., Somerset, NJ 08873-1161 |
| 518667596 | + Email/PDF: gecsedi@recoverycorp.com | Oct 26 2020 22:48:48 | Synchrony Bank, c/o of PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |

TOTAL: 9

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 518667197 | *P++ | BANK OF AMERICA, PO BOX 982238, EL PASO TX 79998-2238, address filed with court:, Bank of America, PO Box 982235, El Paso, TX 79998-2235 |
| 518667203 | *P++ | INTERNAL REVENUE SERVICE, CENTRALIZED INSOLVENCY OPERATIONS, PO BOX 7346, PHILADELPHIA PA 19101-7346, address filed with court:, Internal Revenue Service, Special Procedures, 955 So. Springfield Avenue, Springfield, NJ 07081 |

TOTAL: 0 Undeliverable, 2 Duplicate, 0 Out of date forwarding address

# NOTICE CERTIFICATION

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 28, 2020          Signature:        /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on October 25, 2020 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Andrea Dobin | ecftrusteead@msbnj.com NJ55@ecfcbis.com |
| Andrea Dobin | on behalf of Trustee Andrea Dobin ecftrusteead@msbnj.com NJ55@ecfcbis.com |
| Denise E. Carlon | on behalf of Creditor SPECIALIZED LOAN SERVICING LLC dcarlon@kmllawgroup.com bkgroup@kmllawgroup.com |
| Gavin Stewart | on behalf of Creditor Specialized Loan Servicing LLC as servicing agent for MEB LOAN TRUST IV bk@stewartlegalgroup.com |
| Hubert C. Cutolo | on behalf of Creditor The Meadows Condominium Association Inc. hcutolo@cutolobarros.com, ecourts@cutolobarros.com |
| Michael McLaughlin | on behalf of Debtor Saniye F. Muftuoglu mmclaughlin@mmcllaw.com |
| U.S. Trustee | USTPRegion03.NE.ECF@usdoj.gov |

TOTAL: 7